IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50413
Conference Calendar
_____

DANIEL SOSA FUENTES,

Plaintiff-Appellant,

versus

O.A. BROOKSHIRE, Sheriff of
Ector County, Texas;
WALLACE B. BRUCKER, Director
of Detention Center

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-94-CV-176
- - - - - - - - - - -
August 23, 1995

Before KING, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

Daniel Sosa Fuentes appeals the judgment of the district
court dismissing his civil rights action with prejudice pursuant
to 28 U.S.C. § 1915(d). Fuentes' claim has no arguable basis in
law and fact; the district court did not abuse its discretion in

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

dismissing the claim under § 1915(d).  <u>See</u> <u>Ancar v. Sara Plasma, Inc.</u>, 964 F.2d 465, 468 (5th Cir. 1992).

The appeal, too, is without arguable merit and thus frivolous.  <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is dismissed.  5th Cir. R. 42.2.

APPEAL DISMISSED.